IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LAKEISHA M. TUESNO                                                                           PLAINTIFF

V.                                                              CIVIL ACTION NO.: 511-CV-00083-DCB-JMR

CLAIBORNE COUNTY SENIOR CARE, LLC;
TREND CONDULTANTS, LLC and
JOHN and JANE DOES 1-3                                                                    DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

THIS CAUSE having come before the Court on the Motion *ore tenus*, of the parties for an agreed Final Judgment of Dismissal with prejudice of Defendant Trend Consultants, LLC, and the Court being advised in the premises and by the signatures of counsel herein below, that the matters contained herein are admitted by agreement, and further finding that said Motion is well taken and should be granted in accordance with the terms and provisions herein.

**IT IS HEREBY ORDERED AND ADJUDGED**, Trend Consultants, LLC is dismissed with prejudice from this action, with no additional assessment of cost.

The Court furthermore expressly finds and determines that there is no just reason for delay, and this Order is entered as a Final Judgment dismissing Trend Consultants, LLC with prejudice in accordance with F.R.C.P. 54(b), with this case to otherwise proceed on the docket, styled as Lakiesha M. Tuesno v. Claiborne County Senior Care, LLC and John and Jane Does 1-3, Civil Action No. 511-CV-00083-DCB-JMR.

This Final Judgment dismisses Trend Consultants, LLC; it is not intended to, and does not, dismiss the causes of action pleaded herein by Plaintiff against Claiborne County Senior

Care, LLC and John and Jane Does 1-3 Civil Action No. 511-CV-00083-DCB-JMR, which causes of action are to proceed normally on the docket. The Clerk is directed to amend the style of this case as indicated herein and to enter the dismissal of Trend Consultants, LLC as a Final Judgment on the general docket and such other books and records as may be maintained pursuant to statute, rules or orders and in accordance with F.R.C.P. 79.

**SO ORDERED.**

This the 17th day of June, 2011.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

*Prepared by and Agreed to:*

*/s/ William H. Hussey*
William H. Hussey, Esquire (MSB #102322)
Maxey Wann PLLC
210 East Capitol Street, Suite 2100 (39201)
Post Office Box 3977
Jackson, MS 39207-3977
Telephone: (601) 355-8855

ATTORNEYS FOR DEFENDANT

*Agreed to:*

*/s/ Michael R. Brown*
Michael R. Brown, Esquire (MSB # 99126)
THE MICHAEL R. BROWN LAW OFFICES, PLLC
120 North Congress Street, Suite 710
Jackson, Mississippi 39201

ATTORNEYS FOR PLAINTIFF